[No. 40096-7-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN
RAMIREZ GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 96-1-00952-3, Steven J. Mura, J., entered
January 14, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 40253-6-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXWELL
MISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-01036-1, Ronald L. Castleberry,
J., entered February 25, 1997. *Affirmed* by unpublished per
curiam opinion.

[No. 40444-0-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. L.J.W.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-09116-4, Patricia Hall Clark, J. Pro Tem.,
entered March 28, 1997. *Reversed* by unpublished per
curiam opinion.

[No. 40607-8-I.    Division One.    May 18, 1998.]

THE STATE OF WASHINGTON, *on the Relation of D.G.W., et
al., Respondent*, v. EARL TURNER, *Appellant*, KIMBERLY
KAY WILSON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-5-02642-8, Jim Bates, J., entered March 26,
1997. *Affirmed* by unpublished per curiam opinion.